JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. DIAZ, SR., <br><br> Petitioner, <br><br> v. <br><br> ATTORNEY GENERAL, *et al.*, <br><br> Respondent. | Case No. EDCV 16-2570-GW(JCG) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

DATED: January 4, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE